Stephen C. Mouritsen
Utah Bar No. 16523
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
(801) 877-8090
stephen.mouritsen@kirkland.com

*Attorney for Defendant Dick's Sporting Goods, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JOSEPH SANTARLAS, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>HOYT ARCHERY, INC.; ARCHERY TRADE ASSOCIATION, INC.; BOWTECH INC.; BPS DIRECT, LLC d/b/a BASS PRO SHOPS; CABELA'S LLC; DICK'S SPORTING GOODS, INC.; JAY'S SPORTS, INC. d/b/a/ JAY'S SPORTING GOODS; KINSEY'S OUTDOORS, INC.; LANCASTER ARCHERY SUPPLY, INC.; MATHEWS ARCHERY, INC.; NEUINTEL LLC d/b/a PRICESPIDER f/k/a ORIS INTELLIGENCE; PRECISION SHOOTING EQUIPMENT, INC.; TRACKSTREET, INC.,<br><br>              Defendants. | **JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STAY OF ALL PROCEEDINGS FOR 60 DAYS**<br><br>Case No.: 2:25-cv-00436-DAK-DBP<br><br>Senior Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

Plaintiff Joseph Santarlas and Defendants Hoyt Archery, Inc.; Archery Trade Association, Inc.; Bowtech, LLC (named as Bowtech Inc.); BPS Direct, LLC d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Lancaster Archery Supply, Inc.; and Mathews Archery, Inc. (together "Moving Defendants" and with Plaintiff, the "Parties"), through their respective counsel, jointly move for and stipulate to the entry of an order coordinating and extending for approximately 60 days Moving Defendants' deadlines to respond to Plaintiff's Class Action Complaint (ECF No. 1) and staying all proceedings until September 15, 2025. In support, the Parties state as follows:

1. Plaintiff filed the complaint in this matter on May 30, 2025.

2. Plaintiff began service of process on defendants in late June 2025. As a result, deadlines for individual Moving Defendants to respond to the complaint will occur on various dates in late July 2025.

3. Not all defendants have been served. Moving Defendants are all the defendants of whom the Parties are aware that have retained counsel to date.

4. The Parties anticipate that they will coordinate on a uniform deadline for all defendants to respond to the complaint and, if necessary, briefing schedules and related deadlines. The Parties agree that such coordination, and the relief sought in this Motion, is in the interest of all parties and judicial economy.

5. On July 10, 2025, Defendant Mathews Archery, Inc. (Mathews) moved to dismiss the complaint (ECF No. 31). No briefing schedule has been set for that motion.

6. Additionally, since the complaint was filed, five other actions asserting substantially similar allegations and claims have been filed: *Erik Babst v. Archery Trade Association, Inc. et al.*, No. 25-cv-02721 (D. Minn.); *Alex Janochoski v. Hoyt Archery, Inc. et al.*,

No. 25-cv-02788 (D. Minn.); *Hugh Hansen v. Archery Trade Association, Inc. et al.*, No. 25-cv-00779 (M.D. Tenn.); *Gary Dunkin v. Bowtech, LLC et al.*, No. 25-cv-00546 (W.D. Mo.); and *Matt Simcik v. Archery Trade Association, Inc. et al.*, No. 25-cv-02875 (D. Minn.) (the "Minnesota, Missouri, and Tennessee Cases").

7. Service of process is ongoing in the Minnesota, Missouri, and Tennessee Cases, and the Parties agree that coordination of deadlines for responsive pleadings and related matters with the Minnesota, Missouri, and Tennessee Cases will enhance judicial economy.

8. Plaintiff anticipates that additional cases asserting similar allegations and claims as those made in the complaint will be filed in this District, the United States District Court for the District of Minnesota, and other federal district courts, which will require further coordination.

9. Plaintiff anticipates that a motion to seek coordination of this case with other similar cases will be filed with the United States Judicial Panel on Multidistrict Litigation.

10. The Parties anticipate that, if the United States Judicial Panel on Multidistrict Litigation determines coordination of these cases is appropriate, the cases will be sent to a single venue and a consolidated amended complaint will be filed. The Parties agree that efficiency and judicial economy are served by having Defendants respond to any consolidated amended complaint, instead of piecemeal responses by various defendants to multiple complaints in multiple venues.

11. The Parties seek sixty days in connection with this Motion but anticipate that they may later move the Court for an additional extension of case deadlines including, for example, if any coordination determination by the United States Judicial Panel on Multidistrict Litigation remains outstanding at the end of the requested period or other forms of coordination are required.

The Parties agree that good cause exists to extend the Moving Defendants' deadlines to respond to the complaint and for a stay of any other deadlines in this action. The requested relief will conserve judicial and party resources in this complex, multiparty action pending the resolution of expected coordination proceedings.

The Parties are submitting a proposed order with this motion in accordance with Local Rules 6-2(b) and 7-1(e)(2).

DATED:  July 17, 2025.	Respectfully submitted,

KIRKLAND & ELLIS LLP

/s/ *Stephen C. Mouritsen*
Stephen C. Mouritsen (Utah Bar No. 16523)
95 South State Street
Salt Lake City, UT 84111
(801) 877-8090
stephen.mouritsen@kirkland.com

Daniel E. Laytin (*pro hac vice* forthcoming)
Christa C. Cottrell (*pro hac vice* forthcoming)
Brendan E. Ryan (*pro hac vice* forthcoming)
333 West Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000
dlaytin@kirkland.com
ccottrell@kirkland.com
brendan.ryan@kirkland.com

*Attorneys for Dick's Sporting Goods, Inc.*

/s/ *F. Matthew Ralph**
Brett Foster (UT Lic. #6089)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
foster.brett@dorsey.com

Michael A. Lindsay (MN Lic. #0163466)

        F. Matthew Ralph (MN Lic. #0323202)
        **DORSEY & WHITNEY LLP**
        50 South Sixth Street Suite 1500
        Minneapolis, MN 55402-1498
        Telephone: (612) 340-2600
        lindsay.michael@dorsey.com
        ralph.matthew@dorsey.com

        *Counsel for Defendant Hoyt Archery, Inc.*


        PARR BROWN GEE & LOVELESS, P.C.

        */s/ Bentley J. Tolk\**
        Terry E. Welch (5819)
        Bentley J. Tolk (6665)
        Sean M. Sigillito (*pro hac vice* forthcoming)
        101 South 200 East, Suite 700
        Salt Lake City, Utah 84111
        (801) 532-7840
        twelch@parrbrown.com
        btolk@parrbrown.com
        ssigillito@parrbrown.com

        *Attorneys for Archery Trade Association, Inc.*


        */s/ Wendy Arends\**
        Wendy Arends
        State Bar No.: 1090021
        **HUSCH BLACKWELL LLP**
        33 East Main Street, Suite 300
        Madison, WI 53703
        Phone: (608) 258-7382
        Fax: (608) 258-7138
        wendy.arends@huschblackwell.com

        */s/ Kamron T.M. Hasan\**
        Kamron T.M. Hasan (NE #25494)
        Husch Blackwell LLP
        14606 Branch Street, Suite 200
        Omaha, NE 68154
        Telephone: (402) 964-5000
        Facsimile: (402) 964-5050
        Kamron.hasan@huschblackwell.com

*Attorneys for Bowtech, LLC*

/s/ Benjamin L. Smith*
Benjamin L. Smith (Utah Bar No. 17695)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Ben.Smith@lw.com
(650) 470-2076

Christopher S. Yates (*pro hac vice forthcoming*)
Brendan McShane (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Chris.Yates@lw.com
Brendan.McShane@lw.com
(415) 391-0600

Anna Rathbun (*pro hac vice forthcoming*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Anna.Rathbun@lw.com
(202) 637-2200

*Attorneys for Defendants BPS Direct, LLC and Cabela's LLC*

/s/ Tracy S. Combs*
Tracy S. Combs (Utah Bar No. 19779)
GREENBERG TRAURIG, LLP
222 South Main Street, Suite 1730
Salt Lake City, Utah 84101
Tracy.Combs@gtlaw.com
(801) 478-6900

Bill Katz (pro hac vice forthcoming)
GREENBERG TRAURIG, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Bill.Katz@gtlaw.com
(214) 665-3600

*Attorneys for Lancaster Archery Supply, Inc.*

/s/ *Erik T. Koons\**
Erik T. Koons (*pro hac vice*)
erik.koons@bakerbotts.com
Thomas E. Carter (*pro hac vice*)
tom.carter@bakerbotts.com
Frances Jennings (*pro hac vice*)
fran.jennings@bakerbotts.com
BAKER BOTTS L.L.P.
700 K Street, N.W.
Washington, D.C. 20001
Tel: (202) 639-7700
Fax: (202) 639-7890

*Attorneys for Defendant Mathews Archery, Inc.*

HAUSFELD LLP

/s/ *Gary I. Smith, Jr.\**
Gary I. Smith, Jr. (*pro hac vice* forthcoming)
580 California Street, 12th Floor
San Francisco, CA 94101
(415) 633-1908
gsmith@hausfeld.com

Will Hanna (*pro hac vice* forthcoming)
888 16th Street, N.W., Suite 600
Washington, DC 20006
(202) 540-7200
whanna@hausfeld.com

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

Jason L. Lichtman (18770)
250 Hudson Street
New York, NY 10013
(212) 355-9500
jlichtman@lchb.com

KESSELMAN, BRANTLY, STOCKINGER LLP

7

<div style="margin-left: 50%;">

David W. Kesselman (*pro hac vice* forthcoming)
Abiel Garcia (*pro hac vice* forthcoming)
Amy T. Brantly (*pro hac vice* forthcoming)
1230 Rosecrans Avenue, Suite 400
Manhattan Beach, CA 90266
(310) 307-4555
dkesselman@kbslaw.com
agarcia@kbslaw.com
abrantly@kbslaw.com

GRABER LAW OFFICE

Joshua H. Grabar (*pro hac vice* forthcoming)
Julia C. Varano (*pro hac vice* forthcoming)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com
jvarano@grabarlaw.com

*Attorneys for Plaintiff*

*\* Signed by filing attorney with permission.*

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2025, I caused a true and correct copy of this **JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STAY OF ALL PROCEEDINGS FOR 60 DAYS** to be filed with the Court's CM/ECF system, which notified all counsel of record.

/s/ Stephen C. Mouritsen