**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JOSEPH SANTARLAS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOYT ARCHERY, INC.; ARCHERY TRADE ASSOCIATION, INC.; BOWTECH INC.; BPS DIRECT, LLC d/b/a BASS PRO SHOPS; CABELA'S LLC; DICK'S SPORTING GOODS, INC.; JAY'S SPORTS, INC. d/b/a JAY'S SPORTING GOODS; KINSEY'S OUTDOORS, INC.; LANCASTER ARCHERY SUPPLY, INC.; MATHEWS ARCHERY, INC.; NEUINTEL LLC d/b/a PRICESPIDER f/k/a ORIS INTELLIGENCE; PRECISION SHOOTING EQUIPMENT, INC.; TRACKSTREET, INC.,<br><br>Defendants. | **(PROPOSED) ORDER GRANTING JOINT MOTION AND STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND STAY ALL PROCEEDINGS FOR 60 DAYS**<br><br>Case No.: 2:25-cv-00436-DAK-DBP<br><br>Senior Judge Dale A. Kimball<br><br>Chief Magistrate Judge Dustin B. Pead |

This matter is before the Court on Plaintiff Joseph Santarlas and defendants Hoyt Archery, Inc.; Archery Trade Association, Inc.; Bowtech, LLC (named as Bowtech Inc.); BPS Direct, LLC d/b/a Bass Pro Shops; Cabela's LLC; Dick's Sporting Goods, Inc.; Lancaster Archery Supply, Inc.; and Mathews Archery, Inc.'s (together, the "Parties") Joint Motion and Stipulation for Extension of Time to Respond to Complaint and Stay of All Proceedings for 60 Days (the "Motion").

Having reviewed the Motion, and for good cause showing, the Court GRANTS the Motion and ORDERS as follows:

1.      Defendants' deadlines to respond to the Complaint are extended from the current deadlines set by rule to September 15, 2025.

2.      All other deadlines and proceedings in this action are stayed until September 15, 2025. For avoidance of doubt, this includes all briefing deadlines related to Defendant Mathews Archery, Inc.'s Motion to Dismiss (ECF No. 31).

3.      All subsequent deadlines will similarly be adjusted accordingly pursuant to Rule 26 and the Order to Propose Schedule entered in this action on June 4, 2025 (ECF No. 5).

4.      This extension of any response date to the complaint and the stay of all other deadlines and proceedings until September 15, 2025, shall be available to all named defendants who notify Plaintiff in writing of their intention to join the underlying Joint Motion and Stipulation for Extension of Time to Respond to Complaint and Stay of All Proceedings for 60 Days. It shall automatically apply to such defendants without the need to file their stipulation with the Court.

**IT IS SO ORDERED.**

Dated: _____

                                        BY THE COURT:

                                        _____
                                        Senior Judge Dale A. Kimball